In the Matter of EDWARD F. TORMEY et al., Appellants, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

Argued October 1, 1940; decided October 18, 1940.

*Irving Rivkin* for appellants.

*William C. Chanler,* Corporation Counsel (*Robert H. Schaffer* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.